UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

## NOTICE OF SETTING
### Before Judge Mark S. Norris, United States District Judge

June 27, 2019

RE:   2:19cr20025-MSN
      *USA v. CHARLES A. JONES (b) , MARK J. WHITAKER (b)*

Dear Sir/Madam:

A **JURY TRIAL** has been **RE-SET** before **Judge Mark S. Norris** on **MONDAY, APRIL 13, 2020** at **9:30 A.M. in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.   (Reset from 01/13/20)

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**THE DEFENSE COUNSEL SHALL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:   s/ *Zandra Frazier*
      Zandra Frazier, Case Manager
      901-495-1277
      E-mail: zandra_frazier@tnwd.uscourts.gov