UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Thomas M. Gould, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U. S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee 38301*
*(901) 495-1200*  *(713) 421-9200*

## NOTICE OF SETTING
**Before Judge Mark S. Norris, United States District Judge**

February 11, 2020

RE:   2:19cr20025-02-MSN
     *USA v. MARK J. WHITAKER*

Dear Sir/Madam:

A **CHANGE OF PLEA** has been **SET** before **Judge Mark S. Norris** on **TUESDAY, FEBRUARY 18, 2020** at **1:30 PM** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.

Please submit the proposed plea agreement, a summary of the elements of the offense(s) charges and the statutory penalties to chambers at least one (1) day in advance of the change of plea hearing by emailing it to: ECF_Judge_Norris@tnwd.uscourts.gov.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**THE DEFENSE COUNSEL SHALL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:   S/ *Zandra Frazier*
     Zandra Frazier, Case Manager
     901-495-1277
     E-mail: zandra_frazier@tnwd.uscourts.gov